FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

December 14, 2021

No. 04-21-00363-CV

**IN THE MATTER OF THE ESTATE OF BEN GARZA, III, DECEASED,**

From the County Court, Guadalupe County, Texas
Trial Court No. 2020-PC-0203
Honorable Bill Squires, Judge Presiding

## O R D E R

On December 10, 2021, this court notified the court reporter that the reporter's record was late. The court reporter responded to our notice by stating that the reporter's record was not filed because appellant had failed to pay or make arrangements to pay the reporter's fee for preparing the record and that appellant was not entitled to appeal without paying the fee.

It is therefore ORDERED that appellant provide written proof to this court **no later than December 27, 2021** that either (1) the reporter's fee has been paid or arrangements have been made to pay the reporter's fee; or (2) appellant is entitled to appeal without paying the reporter's fee. **If appellant fails to respond within the time provided**, appellant's brief will be due **no later than January 13, 2022**, and the court will consider only those issues or points raised in appellant's brief that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c).

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of December, 2021.



_____
MICHAEL A. CRUZ, Clerk of Court